IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHEN HARRIS                                                                                    PETITIONER

V.                                                                                        NO. 1:08CV161-M-D

STATE OF MISSISSIPPI, et al.,                                                              RESPONDENTS

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

Petitioner, an inmate proceeding *pro se*, files this matter pursuant to 28 U.S.C. § 2254. On August 18, 2008, Magistrate Judge Jerry A. Davis recommended that this matter be dismissed with prejudice finding that Petitioner's claims are untimely. *See* 28 U.S.C. § 2244(d). On September 3, 2008, Petitioner filed Objections to the Report and Recommendation.

The court finds that Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) the claims are DISMISSED with prejudice; and

4) this matter is CLOSED..

SO ORDERED, this the 20th day of October, 2008.

                                                                         **/s/ MICHAEL P. MILLS**
                                                                         **CHIEF JUDGE**
                                                                         **UNITED STATES DISTRICT COURT**
                                                                         **NORTHERN DISTRICT OF MISSISSIPPI**